CONFIDENTIAL
NOT FOR PUBLIC DISCLOSURE

# UNITED STATES DISTRICT COURT

for the

# Northern District of California

| | |
|---|---|
| U.S.A. vs. Gabriel Sanchez | Docket No. 5:20-cr-00282-BLF-1 |

## Petition for Arrest Warrant for Defendant Under Pretrial Supervision

| | |
|---|---|
| Name of Defendant: | Gabriel Sanchez |
| Name of Judicial Officer: | Virginia K. DeMarchi, U.S. Magistrate Judge |
| Date of Release: | 01/28/2021 |
| Charged Offense: | 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm |
| Bond: | Unsecured $25,000 |
| Special Conditions: | 1. Defendant must appear at all proceedings as ordered by the Court and must surrender for service of any sentence imposed; 2. Defendant must not commit any federal, state or local crime; 3. Defendant must not harass, threaten, intimidate, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation; 4. Defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed to Pretrial Services; 5. Defendant must not possess any firearm, destructive device, or other danger weapon; 6. Defendant must not use alcohol and must not use or possess any narcotic or other controlled substance without a legal prescription; 7. Defendant must submit to drug and/or alcohol testing as directed by Pretrial Services.; 8. Defendant must participate in substance abuse treatment, on an outpatient or residential basis, as directed by Pretrial Services.; 9. Defendant must not change residence or telephone number without prior approval of Pretrial Services. |

**PETITION FOR ARREST WARRANT**
**RE: GABRIEL SANCHEZ**                                                                 Docket No. 5:20-cr-00282-BLF-1

## Petitioning the Court

For the issuance of a **no-bail warrant** for the defendant's arrest.

    I, Carolyn Truong, a U.S. Pretrial Services Officer, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct.  The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

**VIOLATION(S):**  SANCHEZ has apparently violated the following conditions of release:

1. The defendant failed to report to Pretrial Services on the following dates: March 14, March 16, March 28, and April 8, 2022.

2. The defendant missed his scheduled drug tests on the following dates: March 11, March 22, and March 28, 2022.

3. The defendant missed his schedule counseling appointments on the following dates: March 23, March 29, and April 5, 2022.

4. The defendant admitted to using methamphetamine on March 31, 2022.

5. The defendant was arrested on a drug related offense on April 11, 2022.

    Respectfully submitted,

    */s/ C. Truong*
    Carolyn Truong,
    U.S. Pretrial Services Officer
    Place:  **San Jose, California**
    Date Signed: April 12, 2022

**PETITION FOR ARREST WARRANT**
**RE: GABRIEL SANCHEZ**  Docket No. 5:20-cr-00282-BLF-1

Approved by:

*Anthony R. Granados*
Anthony Granados, Supervisor
U.S. Pretrial Services Officer

Having considered the information set forth above, the Court finds there is probable cause to believe the defendant violated the terms and conditions of his pretrial release.

**THE COURT ORDERS:**

[X] The issuance of a no-bail warrant for the defendant's arrest so that he/she may be brought before the Court to show cause why bail should not be revoked.

[ ] Other:

April 12, 2022
**Date**

*Virginia K. DeMarchi*
**Honorable Virginia K. DeMarchi**
**U.S. Magistrate Judge**