UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GABRIEL SANCHEZ,<br><br>　　　　　Defendant. | Case No. 20-cr-0282 BLF<br><br>**PRETRIAL RELEASE REVOCATION AND DETENTION ORDER**<br><br>Hearing: 1/31/2023 |

　　　Defendant Gabriel Sanchez was charged and pleaded guilty to being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g).  *See* Information, ECF 9.  He awaits sentencing.  Sanchez has been on pretrial release on a $25,000 bond with a combination of conditions under the supervision of Pretrial Services.  A detailed and complete supervision history is set forth in a Pretrial Services Memorandum filed January 30, 2023.  ECF 108.

　　　Sanchez appeared before the Court most recently on January 23, 24, and 31, 2023, after being charged with a violation of his pretrial release conditions.  Title 18, United States Code, Section 3148(b) states: "The judicial officer shall enter an order of revocation

and detention if, after a hearing, the judicial officer (1) finds that there is (A) probable cause to believe that the person has committed a Federal, State, or local crime while on release; or (B) clear and convincing evidence that the person has violated any other condition of release; and (2) finds that (A) based on factors set forth in section 3142(g) of this title, there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety of any other person or the community; or (B) the person is unlikely to abide by any condition or combination of conditions of release."

Based upon the information presented by Pretrial Services and at the hearing, the Court finds there is probable cause to believe Sanchez committed two separate Federal, State, or local crimes while on release. Furthermore, based on his record while on supervision, the Court finds that Sanchez is unlikely to abide by any condition or combination of conditions of release. The Court considered a residential drug treatment program but determined that Sanchez was unlikely to abide by the conditions. The Court therefore enters this order of revocation of pretrial release; and detention.

The defendant Gabriel Sanchez is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. The next Court date is April 25, 2023, at 9:00 a.m. before District Court Judge Beth Labson Freeman, for status.

IT IS SO ORDERED.

Date: February 1, 2023

Nathanael M. Cousins
United States Magistrate Judge